OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
*(pro hac vice applications to follow)*
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer L. Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
*(pro hac vice applications to follow)*
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

Attorneys for Plaintiffs
CONCORD MUSIC GROUP, INC., et al.

COBLENTZ PATCH DUFFY & BASS LLP
Jeffrey G. Knowles (SBN 129754)
Thomas A. Harvey (SBN 235342)
Bina G. Patel (SBN 315352)
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: (415) 391-4800
ef-jgk@cpdb.com
ef-tah@cpdb.com
ef-bgp@cpdb.com

COWAN, LIEBOWITZ & LATMAN, P.C.
Jonathan Z. King
Richard Dannay
*(pro hac vice applications to follow)*
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
jzk@cll.com
rxd@cll.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC, DARIO AMODEI, and BENJAMIN MANN,<br><br>Defendants. | Case No. 5:26-CV-00880-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING MOTION TO DISMISS**<br><br>Magistrate Judge Susan van Keulen<br>Courtroom 6 |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Case No. 5:26-CV-00880-SVK

STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE RE MOTION TO DISMISS

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiffs Concord Music Group, Inc. et. al. ("Plaintiffs") and Defendants Anthropic PBC, Dario Amodei, and Benjamin Mann ("Defendants") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court order, as follows:

WHEREAS, the Parties have separately stipulated under Civil Local Rule 6-1(a) to adjust the deadline for Defendants to respond to the Complaint; and

WHEREAS, to allow for thorough briefing and to ensure that the Parties can adequately address the factual and legal arguments that will arise, the Parties wish to adjust the briefing schedule on any Motion to Dismiss;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and propose under Civil Local Rule 6-1(b) that the Court order, that should Defendants file a Motion to Dismiss the Complaint, a modified briefing schedule be set to as follows:

1.     Plaintiffs may file an Opposition brief not later than 28 days from the date of filing of Defendants' Motion to Dismiss; and

2.     Defendants may file a reply brief not later than 14 days from the date of filing of the Plaintiffs' Opposition brief.

**IT IS SO STIPULATED.**

Date: February 9, 2026

/s/ *Jeffrey G. Knowles*
**COBLENTZ PATCH DUFFY & BASS LLP**

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Bret Matera

**STIPULATION FOR A MODIFIED BRIEFING SCHEDULE MOTION TO DISMISS**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · Fax 415.989.1663

rsm@cll.com
jzk@cll.com
rxd@cll.com

Timothy Chung
Michelle Gomez-Reichman
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com
bmatera@oandzlaw.com
mgomez-reichman@oandzlaw.com

*Attorneys for Plaintiffs*

Date: February 9, 2026

/s/ *Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorneys for Defendants*

## ATTESTATION (L.R. 5-1(i)(3))

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 9, 2026

By:    /s/ *Jeffrey G. Knowles*
       **COBLENTZ PATCH DUFFY & BASS LLP**

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800  ·  Fax 415.989.1663

**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE RE MOTION TO DISMISS**

**(PROPOSED) ORDER**

Good cause appearing therefor, the Court ORDERS as follows:

Should Defendants file a Motion to Dismiss the Complaint, a modified briefing schedule is hereby set as follows:

1.     Plaintiffs may file an Opposition brief not later than 28 days from the date of filing of Defendants' Motion to Dismiss; and

2.     Defendants may file a reply brief not later than 14 days from the date of filing of the Plaintiffs' Opposition brief.

**IT IS SO ORDERED.**

DATED:

_____
THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · Fax 415.989.1663

4                          Case No. 5:26-CV-00880-SVK
**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE RE MOTION TO DISMISS**