1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ANTHROPIC PBC, ET AL.,<br><br>　　　　　　　Defendants. | Case No. 5:26-cv-00880-EKL-SVK<br><br>**[PROPOSED] ORDER GRANTING ANTHROPIC PBC'S MOTION TO STAY**<br><br>Judge: Hon. Eumi K. Lee |

It is hereby ordered that Defendant Anthropic PBC's Motion to Stay is **GRANTED.** This litigation is stayed pending resolution of *Concord Music Group, Inc., et al. v. Anthropic PBC*, 5:24-cv-03811-EKL-SVK.

**IT IS SO ORDERED.**

Dated:_____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. EUMI K. LEE
　　　　　　　　　　　　　　　　　　　　　United State District Judge