MANATT, PHELPS & PHILLIPS, LLP
ROBERT A. JACOBS (CA Bar No. 160350)
 *rjacobs@manatt.com*
NATHANIEL L. BACH (CA Bar No. 246518)
 *nbach@manatt.com*
EVAN D. COOPER (*pro hac vice* forthcoming)
 *ecooper@manatt.com*
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone:    310.312.4000
Facsimile:    310.312.4224

PRANA A. TOPPER (*pro hac vice* forthcoming)
 *ptopper@manatt.com*
7 Times Square, 23rd Floor
New York, NY 10036
Telephone:  212.790.4500
Facsimile:  212.790.4545

*Attorneys for Non-Party*
BMG RIGHTS MANAGEMENT (US) LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> ANTHROPIC PBC, ET AL., <br><br> Defendants. | Case No. 5:26-cv-00880-EKL <br><br> **NON-PARTY BMG RIGHTS MANAGEMENT (US) LLC'S NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NON-PARTY BMG RIGHTS MANAGEMENT (US) LLC'S NOTICE OF FILING ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CASE NO. 5:26-CV-00888-EKL

Please take notice that on April 6, 2026, non-party BMG Rights Management (US) LLC, d/b/a BMG Apollo, d/b/a BMG Bespoke Songs, d/b/a BMG Bespoke US, d/b/a BMG Bespoke Works, d/b/a BMG Blue, d/b/a BMG Bumblebee, d/b/a BMG Cicada, d/b/a BMG Diamond Songs, d/b/a BMG Firefly, d/b/a BMG Gemini, d/b/a BMG Gold Songs, d/b/a BMG Mercury, d/b/a BMG Monarch, d/b/a BMG Onyx Songs, d/b/a BMG Platinum Songs US, d/b/a BMG Production Music US, d/b/a BMG Production Songs, d/b/a BMG Production Works, d/b/a BMG Ruby Songs, d/b/a BMG Sapphire Songs, d/b/a BMG Silver Songs, d/b/a BMG Sterling, d/b/a BMG Tambora, d/b/a BMG Titanium Songs, d/b/a Music Of Windswept, d/b/a Songs Of Windswept Pacific, and d/b/a Windswept Pacific Songs (individually and collectively, "BMG"), filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 And 7-11 ("Administrative Motion") in *Concord Music Group Inc. v. Anthropic PBC*, Case No. 5:24-cv-03811-EKL ("*Concord I*"), so that the Court could consider relating *BMG Rights Management (US) LLC v. Anthropic PBC*, Case No. 3:26-cv-02334-AGT to *Concord I* and the above-captioned action. Attached hereto are the following exhibits:

- **Exhibit A** is a copy of the Administrative Motion.
- **Exhibit B** is a copy of the [Proposed] Order regarding the Administrative Motion.

**Exhibit C** is a copy of the Declaration of Robert A. Jacobs in support of the Administrative Motion.

Dated:  April 6, 2026          MANATT, PHELPS & PHILLIPS, LLP


By: */s/ Robert A. Jacobs*
    Robert A. Jacobs
    Nathaniel L. Bach
    Prana A. Topper
    Evan D. Cooper

    *Attorneys for Plaintiff*
    BMG RIGHTS MANAGEMENT (US) LLC

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

NON-PARTY BMG RIGHTS MANAGEMENT (US) LLC'S NOTICE OF FILING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CASE NO. 5:26-CV-00888-EKL