Matthew J. Oppenheim
(admitted *pro hac vice*)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com

*Attorney for Plaintiffs*

[Additional Counsel on signature page]

SONAL N. MEHTA (SBN 222086)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorney for Defendant Anthropic PBC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>                              Plaintiffs,<br><br>    vs.<br><br>ANTHROPIC PBC et al.,<br><br>                              Defendants. | Case No. 5:26-cv-00880-EKL-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF VICARIOUS INFRINGEMENT CLAIM (COUNT IV)**<br><br>**Civ. L.R. 7-12**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Plaintiffs Concord Music Group, Inc. et. al. ("Publishers") and Defendant Anthropic PBC, ("Anthropic") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court order, as follows:

WHEREAS, on January 28, 2026, Publishers filed a Complaint in this action against Defendants Anthropic, Dario Amodei, and Benjamin Mann, Dkt. 1;

WHEREAS, on March 10, 2026, Defendants moved to stay proceedings in this case, *see* Dkt. 59, pending resolution of *Concord Music Group, et al. v. Anthropic PBC*, 5:24-cv-03811-EKL-SVK (N.D. Cal.) ("*Concord I*"), or in the alternative, until the parties' motions for summary judgment and any subsequent appeal are resolved;

WHEREAS, on April 6, 2026, after the Parties met and conferred regarding Defendants' anticipated motions to dismiss and the bases thereof, Publishers filed a First Amended Complaint, withdrawing Publishers' claim for contributory infringement as to Anthropic, Dkt. 75;

WHEREAS, on April 24, 2026, the Court entered an Order Regarding Temporary Stay of Related Actions, noting, *inter alia*, that "although it relates to different works, the vicarious infringement claim (Count IV) asserted in [this case] appears to rest on the same legal theory and nearly verbatim allegations as the vicarious infringement claim that Plaintiffs seek to dismiss with prejudice from" *Concord I*, and directing the parties to confer regarding a "stipulated dismissal or withdrawal with prejudice" of the vicarious infringement claim in this case and file a dismissal or status report by May 15, 2026, Dkt. 88;

WHEREAS, pursuant to the Court's April 24, 2026 order, the parties met and conferred by videoconference on May 5, 2026 regarding dismissal of the vicarious infringement claim (Count IV);

WHEREAS, Publishers are willing to voluntarily dismiss without prejudice their claim for vicarious infringement (Count IV);

WHEREAS, Anthropic consents to dismissal without prejudice of Publishers' claim for vicarious infringement (Count IV), without prejudice to Anthropic's right to answer, move, or otherwise respond to the Second Amended Complaint, and without waiving any arguments,

claims, or defenses;

WHEREAS, the Parties have entered a stipulation in *Concord I* through which the Parties agree to the dismissal with prejudice of Publishers' claims for contributory infringement and vicarious infringement claims with certain conditions;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 7-12, by and among the parties through their respective counsel, as follows:

1. Publishers will file a Second Amended Complaint removing Count IV and making no other changes (except as necessary to conform the pleading to those deletions),

2. Anthropic's deadline to respond to the Second Amended Complaint remains the deadline set in the Court's April 24, 2026 order.

   **IT IS SO STIPULATED.**

Date: May 15, 2026

By: /s/ Corey Miller
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted pro hac vice)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com

Respectfully submitted,

By: /s/ Sonal Mehta
**WILMER CUTLER PICKERING HALE AND DORR LLP**

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*pro hac vice*)
Louis.Tompros@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*

mgomez-reichman@oandzlaw.com                    **ANTHROPIC PBC**

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
Thomas A. Harvey (SBN 235342)
Bina G. Patel (SBN 315352)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 772-5795
ef-jgk@cpdb.com
ef-tah@cpdb.com
ef-bgp@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted pro hac vice)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)**

Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of the document was obtained from the document's signatories. I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 15, 2026                    /s/ Corey Miller
                                       Corey Miller

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Publishers' claims for vicarious infringement (Count IV) are voluntarily dismissed without prejudice.

2. Publishers are granted leave under Federal Rule of Civil Procedure 15(a)(2) to file the Second Amended Complaint removing Count IV and making no other changes (except as necessary to conform the pleading to those deletions).

3. Publishers shall file the Second Amended Complaint within 7 days upon entry of this Order.

4. Anthropic's deadline to respond to the Second Amended Complaint remains the deadline set in the Court's April 24, 2026 order.

**IT IS SO ORDERED.**

DATED:

_____

THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE