SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorneys for Defendant*
**ANTHROPIC PBC**

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC, ET AL.,

Defendants.

Case No. 5:26-cv-00880-EKL-SVK

**DECLARATION OF SARAH RODRIGUEZ IN SUPPORT OF ANTHROPIC'S POSITION IN JOINT DISCOVERY DISPUTE STATEMENT REGARDING ANTHROPIC'S PRESERVATION OF PROMPT AND OUTPUT RECORDS**

Magistrate Judge Susan van Keulen

**PUBLIC REDACTED VERSION**

I, Sarah Rodriguez, declare the following:

1. I am Legal Operations Specialist at Anthropic PBC ("Anthropic"). I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would competently testify to them.

2. I submit this declaration in support of Anthropic's portion of the Parties' Joint Discovery Dispute Statement Regarding Anthropic's Preservation of Prompt and Output Records, filed concurrently herewith.

3. In my role with Legal Operations at Anthropic, I am responsible for assisting the legal team with the managing ongoing preservation of documents and data in connection with litigation involving the company. I work closely with the technical staff at Anthropic including engineers who assist with the technical aspects of preservation of ESI. In this role, I am personally familiar with Anthropic's costs for data storage and processing.

4. The data in the prompt and output snapshots captured from Anthropic's Claude.ai and first-party Claude API interfaces on a 14-day cadence between January 13, 2026 and March 24, 2026 comprises approximately [redacted].

5. Capturing the data for that two-month period cost approximately $1.7 million in compute and retrieval costs. The ongoing storage cost for [redacted] is approximately $233,300 per month. The storage costs comprise Google Cloud Storage fees at the Coldline rate of [redacted] stored, which covers ~78% of monthly storage costs, plus initial backup retention, which covers ~12% of monthly storage costs.

6. To run search terms over a set of [redacted], Anthropic would first need to process the data in those snapshots. The estimate of the cost to process the data in [redacted] is over $2,000,000. Processing the data entails retrieving the preserved snapshots from cold storage and transferring them to a hot storage system, leveraging compute resources to decrypt and deduplicate each row, and dedicating engineering hours to build, run, and maintain the query pipelines.

7. Anthropic estimates that the cost of capturing snapshots of six additional months of prompt and output records (from March 24, 2026 to October 1, 2026), and processing that data, which is necessary to run search terms over the data, is approximately $72 million, plus additional monthly storage costs. That estimate is based on a projected total data volume of approximately [redacted], which is consistent with Anthropic's observed monthly volume growth. Approximately $62 million of that total cost comprises of processing costs that would be necessary to run search terms over the records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2026.

Sarah Rodriguez

Sarah Rodriguez

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document was obtained from the signatory of this document. I declare under penalty of perjury that the foregoing is true and correct.

Date: July 6, 2026

/s/ *Sonal N. Mehta*
Sonal N. Mehta