UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONCORD MUSIC GROUP, INC., et al.,

Plaintiffs,

v.

ANTHROPIC PBC, et al.,

Defendants.

Case No.  26-cv-00880-EKL (SVK)

**ORDER RE ANTHROPIC'S PRESERVATION OBLIGATIONS**

Re: Dkt. No. 95

Before the Court are the Parties' competing proposals as to the volume of Defendant Anthropic PBC's ("Anthropic") prompt and output records to be preserved for the duration of this litigation. *See* Dkt. 95 ("Joint Submission").  The scope of preservation is an issue that the Court has addressed in several other cases with large amounts of potentially relevant data, including a case similarly situated to the case at hand, *Concord Music Group, Inc. et al. v. Anthropic PBC*, no. 5:24-cv-03811-EKL (*Concord I*).  The Court has reviewed the Parties' respective proposals and Anthropic's supporting declaration, as well as the nature of the litigation together with the proportionality requirements of Rule 26.  The Court determines that this issue may be resolved without oral argument.  Civil L.R.7-1(b).

In balancing the needs of the litigation and the burden of retaining an exponentially increasing volume of data, the Court determines that a modified version of Anthropic's retention proposal of more than 500 million records will provide a sufficiently representative sample that is proportional to the needs of the case, from which the Parties can proceed to negotiate parameters for production.  Plaintiffs' pleas of spoliation are unavailing, particularly in light of the nature of litigation, the requisite proportionality and the unrebutted burden evidence submitted by Anthropic.

////

Accordingly, the Court **ORDERS** Anthropic to preserve the following:

1. A random sample of 500 million records, deduplicated, where

   a. half (250 million) of the records are randomly selected from data that precedes January 28, 2026, the date the Complaint was filed.  In the Joint Submission, Anthropic represents that it has preserved records from January 13, 2026, fifteen days prior to the filing of suit;[1]  and

   b. half (250 million) of the records are randomly selected from data between January 28, 2026 to March 24, 2026.

2. All records that contain the terms "song!," "lyric!," "verse!," or "chorus!" from the same time periods in sections 1(a) and (b) above.

Dated: July 16, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] To the extent Anthropic has available or is able to recover data immediately preceding January 13, 2026, the 250 million pre-suit records should be drawn from this larger period of data.  *See, e.g.*, Dkt. 95 at 3 (representing that Anthropic keeps a 28-day retention window).

United States District Court
Northern District of California