United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br>Plaintiffs,<br>v.<br>ANTHROPIC PBC, et al.,<br>Defendants. | Case No. 26-cv-00880-EKL (SVK)<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RE DKT. 95**<br><br>Re: Dkt. No. 97 |

Before the Court is Defendant Anthropic PBC's ("Anthropic") administrative motion to consider whether its materials submitted in connection with the Parties' joint submission regarding Anthropic's preservation of prompt-output records. Dkt. 97 (the "Motion"); *see also* Dkt. 94. Anthropic has filed a statement in support of the Motion as required by Civil L.R. 79-5(c). The deadline for an opposition has passed, and Plaintiffs ("Publishers") have not filed an opposition. Having considered the Motion, the relevant law and the record in this action, the Court **GRANTS** the Motion.

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Discovery Dispute Statement re Anthropic's Preservation of Prompt and Output Records<br><br>[Dkt. 97-3] | Highlighted portions at ECF pages:<br><br>2:10, 3:20-21, 4:12, 4:23-24, 9:23-24, 9:26, 10:1 | **GRANTED**. The excerpts Anthropic seeks to seal relate to metrics including but not limited to information about the number of prompts entered by Claude users during a given time period. *See* Dkt. 97-1 ¶¶ 5-6. In the highly similar context of the Parties' sealing dispute in the context of production of a prompt-output sample in *Concord Music Group, Inc. et al. v. Anthropic PBC*, case no. 24-cv-03811-EKL ("*Concord I*"), this Court previously |

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| | | found that "or a company whose bread-and-butter is generative artificial intelligence, the usage metrics of their most well-known AI product could give their competitors insight into their market share and thus may be competitively sensitive." *Concord Music Grp., Inc. v. Anthropic PBC*, No. 24-cv-03811-EKL (SVK), 2025 WL 1665754, at *2 (N.D. Cal. May 23, 2025). Even so, this is not a blanket determination. For example, information may become "stale" and "isolated usage metrics from limited time periods" may not be sensitive. *Id.* However, the Court is persuaded that the information at issue here, whose sealing Publishers do not oppose, is sufficiently sensitive at this time to meet the good cause standard. |
| Declaration of Sarah Rodriguez ISO Anthropic's Position in Joint Discovery Dispute Statement<br><br>[Dkt. 97-4] | Highlighted portions at paragraphs:<br><br>4, 5, 6, 7 | **GRANTED**. *See* ruling re Dkt. 97-3, above. Additionally, certain excerpts herein include the price terms at which Anthropic stores its data on Google Cloud, information that is competitively sensitive and whose disclosure would likely cause competitive harm to Anthropic. |

The Clerk of the Court shall maintain Dkts. 97-3 and 97-4 under seal until further order of this Court.

**SO ORDERED.**

Dated: July 16, 2026

SUSAN VAN KEULEN
United States Magistrate Judge