GRACE YANG (CA Bar No. 286635)
MIRANDA KANE (CA Bar No. 150630)
HAYK ESAGHOULYAN (CA Bar No. 349050)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: gyang@conmetkane.com
Email: mkane@conmetkane.com
Email: hesaghoulyan@conmetkane.com

*Attorneys for Defendant Benjamin Mann*

COREY MILLER (admitted *pro hac vice*)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
corey@oandzlaw.com

*Attorney for Plaintiffs*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC, PBC, ET AL.,

Defendants.

Case No. 5:26-cv-00880-EKL-SVK

**STIPULATION TO EXTEND DEFENDANT BENJAMIN MANN'S DEADLINE TO AMEND ANSWER**

Judge: Hon. Eumi K. Lee
Courtroom: 7 – 4th Floor

Plaintiffs Concord Music Group, Inc., et al. ("Publishers") and Defendant Benjamin Mann (referred collectively as "the Parties" herein), by and through their respective counsel of record, hereby stipulate and request that the Court order as follows:

WHEREAS, on January 28, 2026, Publishers filed the initial Complaint in the above-captioned lawsuit against Defendants Anthropic, PBC, Dr. Dario Amodei, and Benjamin Mann (collectively "Defendants") (Dkt. No. 1);

WHEREAS, on April 6, 2026, pursuant to the Parties' Stipulation and the Court's Order (Dkt. No. 73), Publishers filed a First Amended Complaint (Dkt. No. 75);

WHEREAS, on May 21, 2026, pursuant to the Parties' Stipulation and the Court's Order (Dkt. No. 92), Publishers filed a Second Amended Complaint (Dkt. No. 93);

WHEREAS, Defendants' deadline to file a motion to dismiss or answer was set for August 3, 2026 (*see* Dkt. No. 88);

WHEREAS, on July 30, 2026, in response to Mr. Mann's request, the Court extended the deadline for Mr. Mann to file an answer to August 17, 2026 (Dkt. No. 102);

WHEREAS, on August 17, 2026, Mr. Mann filed his Answer to the Second Amended Complaint (Dkt. No. 106);

WHEREAS, counsel for the Publishers contacted counsel for Mr. Mann on August 19, 2026, requesting to meet and confer to discuss Publishers' position that Mr. Mann's Answer is deficient in certain respects, and counsel for Publishers emailed counsel for Mr. Mann describing that position on August 19, 2026, and on August 28, 2026;

WHEREAS, counsel for the Parties met and conferred on September 1, 2026, to discuss Publishers' position as to the deficiencies in Mr. Mann's Answer, and Mr. Mann's responsive position, and Mr. Mann agreed to make certain amendments to his Answer;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(1)(A), the current deadline for Mr. Mann to amend his Answer as a matter of course without seeking the Court's leave is September 8, 2026;

WHEREAS, to provide sufficient time so that the parties may attempt to narrow disputed issues with Mr. Man's Answer and avoid unnecessary motion practice, and given Mr. Mann's undersigned

counsel's planned travel to attend to a family member's health issues during the week of September 15, 2026, Mr. Mann hereby requests to extend Mr. Mann's deadline to amend his Answer by September 22, 2026;

WHEREAS, Publishers consent to Mr. Mann's request to extend his deadline to amend his Answer to September 22, 2026, without prejudice to Publishers' rights to move or otherwise respond to Mr. Mann's Amended Answer, and without waiving any arguments, claims, or defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 7-12, by and among the Parties through their respective counsel, that Mr. Mann's deadline to file an Amended Answer to the Second Amended Complaint be set for September 22, 2026.

**IT IS SO STIPULATED.**

Dated: September 3, 2026

Respectfully submitted,

**OPPENHEIM & ZEBRAK LLP**

*/s/ Corey Miller*
MATTHEW J. OPPENHEIM
NICHOLAS C. HAILEY
COREY MILLER
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

JENNIFER PARISER
ANDREW GUERRA
BRET MATERA
TIMOTHY CHUNG
MICHELLE GOMEZ-REICHMAN
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

**CONRAD | METLITZKY | KANE LLP**

*/s/ Grace Yang*
GRACE YANG
MIRANDA KANE
HAYK ESAGHOULYAN

*Attorneys for Defendant*
BENJAMIN MANN

**COBLENTZ PATCH DUFFY & BASS LLP**
JEFFREY G. KNOWLES (SBN 129754)
THOMAS A. HARVEY (SBN 235342)
BINA G. PATEL (SBN 315352)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 772-5795
ef-jgk@cpdb.com
ef-tah@cpdb.com
ef-bgp@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
RICHARD S. MANDEL
JONATHAN Z. KING
RICHARD DANNAY
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(H)**

Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of the document was obtained from the document's signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2026

Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

GRACE YANG

*Attorney for Defendant*
BENJAMIN MANN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

For good cause shown, Mr. Mann's deadline to file an Amended Answer to the Second Amended Complaint is hereby set for September 22, 2026.

**IT IS SO ORDERED.**

DATED: ______________________ ______________________________

THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE