GRACE YANG (CA Bar No. 286635)
MIRANDA KANE (CA Bar No. 150630)
HAYK ESAGHOULYAN
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: mkane@conmetkane.com
Email: gyang@conmetkane.com
Email: hesaghoulyan@conmetkane.com

*Attorneys for Defendant*
DR. DARIO AMODEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC, PBC, DR. DARIO AMODEI, AND BENJAMIN MANN,

Defendants.

Case No. 5:26-cv-00880-EKL-SVK

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FILED BY DEFENDANT DR. DARIO AMODEI**

**[CIV. L.R. 3-15]**

Judge: Hon. Eumi K. Lee
Courtroom: 7 – 4th Floor

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date: September 22, 2026

**CONRAD | METLITZKY | KANE LLP**

*/s/ Grace Yang*
GRACE YANG
MIRANDA KANE
HAYK ESAGHOULYAN

*Attorneys for Defendants*
*DR. DARIO AMODEI*